UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| LAVONDA S. BURCHARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:08CV87SNLJ/LMB |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for attorney's fees (#27), filed October 29, 2009. Defendant filed no response.

This Court ordered (#25) that the report and recommendation of U.S. Magistrate Judge Lewis M. Blanton, filed August 11, 2009, be sustained, adopted and incorporated in the order of August 28, 2009. Plaintiff now comes pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d) and requests that this Court award her attorney's fees in the amount of $5,300.00 for 42.40 hours of work on this case. This Court finds that there are no circumstances in this case that would make an award under the EAJA unwarranted.

Accordingly,

**IT IS HEREBY ORDERED** that defendant pay attorney's fees in the amount of $5,300.00, paid directly to plaintiff's attorney, Christina L. Kime.

Dated this __9th__ day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE